**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID L. KING, | 2:04-cv-2233-GEB-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| D.L. RUNNELS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On November 4, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

1

1 | The court has reviewed the file and finds the findings
2 | and recommendations to be supported by the record and by the
3 | magistrate judge's analysis.
4 | Accordingly, IT IS HEREBY ORDERED that:
5 | 1.   The findings and recommendations filed November 4,
6 | 2005, are adopted in full;
7 | 2.   Defendants' motion for summary judgment is
8 | granted;
9 | 3.   All other pending motions are denied as moot; and
10 | 4.   The Clerk of the Court is directed to enter
11 | judgment and close this file.

DATED: December 6, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2